### JESS PULLIAM v. THE STATE.

#### No. 5721.   Decided March 17, 1920.

Robbery—Indictment—Statement of Facts—Practice on Appeal.

In the absence of a statement of fact and bills of exception, there being a valid indictment, etc., complaints with regard to the introduction of testimony cannot be considered on appeal and the judgment below must be affirmed.

Appeal from the Criminal District Court of Tarrant.   Tried below before the Honorable George E. Hosey, judge.

Appeal from the conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for the appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.—On question of practice on Appeal in the absence of a statement of facts and bills of exceptions: Tate v. The State, 136 S. W. Rep., 65; Parker v. The State, 165 S. W. Rep., 462; Hall v. The State, 158 S. W. Rep., 272; Essary v. The State, 53 Texas Crim. Rep., 599; Dougherty v. The State, 59 id., 464.

LATTIMORE, JUDGE.—In this case, appellant was convicted in the Criminal District Court of Tarrant County, of the offense of robbery, and his punishment fixed at confinement in the penitentiary for a term of five years.

The record is before us without bills of exception, or statement of facts.   We have examined the indictment and the charge of the court, which seem to be in accordance with law; and no exceptions to the latter were taken on the trial.

In his motion for a new trial, appellant makes a number of complaints with regard to the introduction of testimony, but same are of no weight before us, in the absence of a statement of facts.

There being no errors complained of which appear to be of weight, the judgment of the trial court will be affirmed.

*Affirmed.*